AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/13/15 |
| NAME OF SERVER (PRINT) Wayne Bunch | TITLE PI |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED TO CCSD VIA ANN CATHERINE BRADY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/15
Signature of Server: Wayne Bunch

Subscribed and sworn to before me this 13th day of Feb 20 15 at Chicago, County of Cook, State of Illinois
Notary Public Lisa M Esposito

Address of Server: 6321 W 63 Pc Chgo. 60638

OFFICIAL SEAL
LISA M ESPOSITO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 06 24 15

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Patsy Walker-Dabner

V.

Thomas Dart, Sheriff of Cook County, et. al.

CASE NUMBER: 15 cv 00942

ASSIGNED JUDGE: Robert M. Dow, Jr.

DESIGNATED MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

George Turner
C/O Cara Smith, Executive Director of Human Resources
Cook County Sheriff's Department
50 W. Washington, Room 704
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Atty. Gwendolyn Dale Anderson
Law Office of Gwendolyn Dale Anderson & Associate
6727 S. Euclid Avenue
Chicago, IL 60649

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DE[?]

(By) DEPUTY CLERK



DATE

January 30, 2015

DATE